IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00769-REB-CBS

LINDA L. COLLIER,

    Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, and
CITY OF GOLDEN,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is plaintiff's **Motion To Dismiss With Prejudice** [#5] filed May 7, 2010. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Dismiss With Prejudice** [#5] filed May 7, 2010, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 7, 2010, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge